■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELISSA GONCALVES, Appellant. [41 NYS3d 891]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered June 4, 2015, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Renwick, Richter, Manzanet-Daniels and Kapnick, JJ.

■ ESTATE OF CHARLOTTE SHERMAN, Appellant, v SOUTH-BRIDGE TOWERS, INC., Respondent. [44 NYS3d 22]—

Order, Supreme Court, New York County (Paul Wooten, J.), entered November 25, 2015, which granted defendant's motion to dismiss the complaint, and order, same court (Gerald Lebovits, J.), entered March 10, 2016, which denied plaintiff's motion to vacate the November 25, 2015 order, unanimously affirmed.

Contrary to its contention, plaintiff is not the shareholder of record with respect to the deceased tenant/cooperator's apartment. Stock certificates issued to the decedent were not automatically transferred to plaintiff upon the decedent's death (*see Matter of Levin v Department of Hous. Preserv. & Dev. of City of N.Y.*, 140 Misc 2d 110 [Sup Ct, NY County 1988], *mod on other grounds* 151 AD2d 264 [1st Dept 1989]; 9 NYCRR 1727-8.3). Nor has any family member of the decedent satisfied the requirements for succession rights (*see* 9 NYCRR 1727-8.2 [a]).

In plain and unambiguous language, the offering plan not only stated that no vote would be counted from apartments of which the shareholder of record was deceased and apartments as to which there were unresolved succession claims, and that "[e]states will be excluded from the vote," but also defined "Shareholders" as "those persons who are Shareholders of record of Sponsor as of the Filing Date" (*see Vermont Teddy Bear Co. v 538 Madison Realty Co.*, 1 NY3d 470, 475 [2004]). The decedent, not plaintiff, was the shareholder of record on the filing date.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Renwick, Richter, Manzanet-Daniels and Kapnick, JJ.